PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE **Eastern** DISTRICT OF TEXAS
**Sherman** DIVISION

**Marcus HARRISON #02382423**
Plaintiff's Name and ID Number

**TDCJ Telford Unit**
Place of Confinement

CASE NO. **4:23cv631**
(Clerk will assign the number)

JORDAN / Durrett

v.

**JulieAnna L. Moss    Choose Moore   TDCJ**
Defendant's Name and Address

**Jimmy Sisson Warden TDCJ**
Defendant's Name and Address

**CAPT Edwards Santresha. A   TDCJ Choose Moore**
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of $400.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: _Lose Files_
   2. Parties to previous lawsuit:
      Plaintiff(s) _Lose Files_
      Defendant(s) _Lose Files_
   3. Court: (If federal, name the district; if state, name the county.) _Lose Files_
   4. Cause number: _Lose Files_
   5. Name of judge to whom case was assigned: _Lose Files_
   6. Disposition: (Was the case dismissed, appealed, still pending?) _Lose Files_
   7. Approximate date of disposition: _Lose Files_

Rev. 05/15

2

II. PLACE OF PRESENT CONFINEMENT: TDCJ Telford UNIT

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?  ✓ YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: MARCUS HARRISON
3899 State Hwy 98    Telford UNIT
New Boston TX 75570

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Julieanna L. Moss
TDCJ Choice Moore UNIT
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Unsual of Excessive force assualt and pain and suffing

Defendant #2: Jimmy Sisson Warden
TDCJ Choice Moore UNIT
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Fail to Protect Inmates from Physical assault by officers

Defendant #3: CAPT Edwards SANtreshA, A
TDCJ Choice Moore UNIT
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
fail to Protect Inmates from Physical assault by officers

Defendant #4: CAPT M. Brown
TDCJ Choice Moore UNIT
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
fail to Protect Inmates from physical assault by officers

Defendant #5: B. Peoples CSII
TDCJ Choice Moore UNIT
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
failure to protect Inmates from physical assault by officers

Rev. 05/15

3

Defendant #6 Officer Sarade
   TDCJ Choice Moore UNiT
failure to Protect Inmates from Physical assualt by officers and Violation of Code of Ethics and lying about assualt on officer J. Moss as her witness.

Defendant #7 officer Nigarn
   TDCJ Buslter cole UNiT
Denied Inmates bed, sheets, and water as well Grievances

Defendant #8 Purcella   Buslter cole UNiT
Denied Grievances

Defendant #9 Osebe   Buslter cole UNiT
Denied Grievances

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

TDCJ Pandemic officer Physical, Emotional, and Verbal abuse as well use of Excessive force and Grievance Suppression Created officers and leaderships to Provoke Inmates to assault them to get rewarded with paid vacations. 8 Amendment rights has been violated by officer J. Moss, and sarade who faslified a disciplingry report and lied on it while working under Code of Ethics standards for TDCJ and assualted Inmate Marcus Harrison on July 03, 2022 Approx 4:40pm at Choice Moore Unit.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

For Emotional damages and physical assaulted Verbal abuse for every day I did on disciplinary 16months $1,000 a day X 16 Months $480,000

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Marcus Harrison, Steve miles, G. Mason, B. Jones

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

B34738, 02382433

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

 1. Court that imposed sanctions (if federal, give the district and division): Lose files
 2. Case number: Lose files
 3. Approximate date sanctions were imposed: Lose files
 4. Have the sanctions been lifted or otherwise satisfied? ___ YES ✓ NO

Rev. 05/15

ON July 3, 2022 around 4:00 to 4:40pm I were sitting in the dayroom at Choice Moore Unit C 1 Dorm with 68 Inmates as my cellmates. The Officers J. Moss and Sarade told all Inmates to put on a shirt in the dayroom or go to the back and all the white and Latino who did not have a shirt on when to the back. These officers came in to count and before leaving officer J. moss turned the T.V. on the news and left out to continual her count and training. It was 108° degrees at the time, so Inmates came back to the dayroom and whites and Latinos came back without shirts on watching the news, So now the unknown male officer came in to count and when he left all Inmates came back to the dayroom. Now officer J. Moss and officer sarade are in the control room while the unknown male officer count. Officer J. Moss got my attention and another Inmate thats in bed 43 attention and tried to tell us to tell the whites and Latinos Inmates to put a shirt on or she gonna turned off the T.V.s Some Inmates when back and some stayed watching T.V. We told her we not telling them nothing thats not our Job and I am not from here to tell no Inmates what to do. The officer J. Moss came In once the unknown male officer get through counted and turned the T.V.s off. I when to get my ID and put my outfit on and came back to go get some respite because its too hot 110° degrees so we have to go in the hallway area for cool air. When I made it to the door officer J. Moss Jumped in front of me in the doorway after she let white and Latino Inmates out then told me I can not come out because I just want to come out because she turned the T.v.s off. I said, "It's your Job and I am doing my time." Officer J. Moss denied me the right to get respited. So I asked

(6)

for a Sgt she said, "NO" and I asked for L.T. and she said, "NO" So I asked for two Grievances she said, "NO" So now, I turned to the male unknown officer in the Control room and asked him for some Grievances he went in the folder and Put them throug the hole in the gate and I said officer J. Moss can she give me them Grievances she said "NO" than Inmate lived on C1 Bed 1 got up off the floor and tried to give them to me but officer J. Moss took them push them in my Chest and Kicked my right low leg and slammed the door while saying "Bitch Put that in your grievances" "Bitch Ass Nigger"!! All the Inmates where in the respited area on 1,2,3 "C" Unit Drom ireaction and Inmates that this officer push me on because it was more Inmates behind me at the time started becating on the windows and asking her and the unknown officers to call the L.T. Now the officer J. Moss and Sarade refused to call the L.T. So the officer in the Control unknown male call the L.T. and explained to him what had happen and Inmates what to talk with him. So he told the officer tell J. Moss to call use of force over the radio on Inmate and they came running. Once the Sgt and L.T. and other's officers came they talk with the officers J. Moss and ~~￭~~ Sarade and then they told me to turn around turned the Camera on and took me to get medical treatment and lock-up. While I were in lock-up cell 3 I can see the officer desk and front door. Now the officers J. Moss and officer Sarade came in to talk with another officer at the desk about how to rewrite the Disciplinary report on July 6, 2022 around 11:30 to 12:00pm With CApT S. Edwards~~￭~~ given them ideas how to approach the Disciplinary report. On July 8,22 around 10:30am to 11:30 AM officer in lock-up unknown male came with a

(7)

~~Investigation~~ papers and told all 3 Inmates to sign an extentation to complete the Investigation. So I did not want to sign it but than he said this the only way I can get my ~~said~~ witness to give their statements so I sign it because I want my witnesses to give their statements on my behalf. On July 8, 22 at 3:30pm case # 20220190164 IN TEXAS Department of CRiminAL Justice Disciplinary Rules and Procedures for offenders Violations.

C (1) Time Limit; Whenever possible major disciplinary hearings shall be scheduled as soon as practicable, but no later than seven days after the alleged violation, excluding weekends and holidays. If the disciplinary hearing is not held within seven days after the alleged violation, excluding weekends and holidays, the reason for the delay shall be documented on the hearing record. Offenders shall be verbally notified of the time and Place of the disciplinary hearing record. "Denied this right.""', (1)

(E) Written statement; At the conclusion of the disciplinary hearing the offender shall be given a copy of the Disciplinary report and Hearing record I-47MA. A copy shall also be attached to the Disciplinary report and hearing record and Placed in the offender's unit and central files following information;

(1) Whether the offender was held in PHD for more than 72 hours prior to the disciplinary hearing and, if so, the reason for the delay. Violation (2) Denied this right!!!

(3) Whether any requested witnesses were excluded and, if so, the reason for the exclusion. (3) Denied this right!!!

(4) Whether any documentary evidence was excluded and, IF SO, the reasons for the exclusion. Denied this right." Officers statements and Witnesses for officer J. MOSS of her assualt on her!!

(8)

(5) Whether confrontation and cross-examination of the offender's accusers If requested was denied and, If so, the reason for the denial. Denied this right!! I asked to cross-examination of the unknown officer in the control room and officer Sarade.

(6) If found guilty, the evidence presented and considered, and the reasons for the determination of guilt. Did not put in my files!!

(7) If found guilty, the penalty imposed, including whether Credit was given for time served in PHD, and the specific factual reason for the particular penalty chosen by the DHO. Denied!!

(9) Whether the disciplinary hearing was held within seven days the date of the alleged Violation, excluding weekends and holidays and if so, the reasons document for delay. Denied!!

(D) Recorder; All major disciplinary hearings shall be recorded to preserve a verbatim record of the proceedings. The recording shall not be turned off at anytime during the taking of evidence, regardless of the DHO's opinion concerning the relevance of the testimony.

Violation (4)

Officer J. Moss and officer Sarade and Captain S. Edwards and Capt M. Brown and B. Peoples CsII as well Warden Jimmy Sisson who had violated the codes of Ethics by rewriting Disciplinary case #2022019O164 lied saying I intentional hit officer J. Moss in her chin and officer unknown control room refused to give his account and Warden J. Sisson tried to hide the Grievances on the incident. These officers over step their professional duties to protect Inmates from over worked officers who are mentally ill and stress out for working extra hrs. The verbal abuse has caused pain and suffering where I am damages mentally, emotionally, and phyiscally.

(9)

~~Eighth~~ Civil-Rights Prison employee Violate prisoner's Due Process rights by refusing to give Inmates Grievances. Finding Violation of the Eighth Amendement Prohibition against Cruel and Unsual Punishment requires a two step inquiry. First Plaintiff must show that he was exposed to a substantial risk of serious harm and Second he must show that prison officals acted or failed to act with deliberate indifference to that risk. U.S. Const Amend 8.

Unusual Excessive force amount of force there is no fixed line for how much force Violates the constitution it depends on all the circumstances. When prison officals Maliciously and Sadistically use force to cause harm, contemporary standards of decency always are Violated. If there is no need force, the constitution may be Violated by relatively small amount of force.

Warden J. Sisson has Suppressed my Grievances by not sending me a copy denied me to file a step two and hidded all the paper work that has been done on the case. His action cause me to do 6 Months on G-4 without eating food because I don't g eat meal. I had to not eat because of meat lunch bags we received in Telford unit and It has caused me so much pain and suffering because Inmates was throwning the Bags of food on the floor Kicking it under the doors. It's all on camera and they playing with their private part and serve our food at the diner room and touch our food without glovers potection (PPE). It's all on camera. I never got nothing to clean my cell out rats running around all night getting in our bed ie ating our food. Inmates fighting all day and Jumping on other Inmates. all on camera

(10)

ON July 20, 2022 I were called to See UCC and I got transfer to Buslter cole UNit around 3:30 pm and me and three other Inmates was G-4 from Choice Moore. and it was 108° degrees we all was put on the TOP beds where the heat index was 115° with all vents right above our head. we were put in K-9 cell and were left without bed, cover, sheets. We all had to sleep on the steel bed. I asked for some Grievances and something to write with. I was denied and the officers refused to give me their names and cover up their tags with the Jackets. ON July 21, 2023 we received sheets and bed around 12:00 pm. Around Breakfast time the officer Brought tea for Inmates to drink and not water in the heat 108° without air on, Officer Nigarn.
Around 4:00 pm July 22, 23, Dinner was serviced and I explained to the officers that I don't get meat and I like a meat free tray. When the officer brought the tray they put the cheese in the spoon area and it melted to the Top led. The officer refused to call down and explained that the cheese should not be placed in the spoon area it should be placed on the bread. you can view the camera of all violations and Grievances all well all Inmates should be call as witnesses to the mistreatment by these officers daily.
Officer J. Moss and officer Sarade had lied about me hitting her on her chin intentionally and caused me so much damage mentally, emotionally, and physically that I think all officers are out to harm me because they all under the code of silence. I am afraid to asked officers for anything and I write Grievances on their bad behavior to protect myself from

(11)

Officers like J. moss and Sarade. I am asking the court to order a lie detector If they go to trial for all parties and If they refused I should be granted my relief.

TDCJ violation of 8 Amendment rights doing the Pandemic of suppression of witnesses statement and Grievances causing mental, emotional unstable damaging and health and safety rights COVid 19 of CDC. Also Provoke Inmates to act up so they can get days off with pay because they over worked and dealing with mental problems and come to work and lie on Inmates to go home with pay. TDCJ Need to be under investigation on how many officers lied on Inmates and cases got over turned since the pandemic. If the Defendant go to trial like to call all Inmates who cases got over turned to testify on my behalf.

I relief all defendants of any PreJury or Prosecutor If defendant settle out of court and waive all Jury rights and agree to above settlement. I granted the relief of defendants.

Signature
Marcus HARRISON
Marcus Harrison
#02382423
Telford UNiT
3899 State Hwy 98
New Boston Tx 75570

(12)

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _Lost files_
2. Case number: _Lost files_
3. Approximate date warning was issued: _Lost files_

Executed on: 5-12-23
DATE

MARCUS HARRISON
_Marcus Harrison_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __12__ day of __5__, 20__23__.
             (Day)           (month)         (year)

MARCUS HARRISON
_Marcus Harrison_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15